The document below is hereby signed.

Signed: July 30, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LISA SEEGERS PERSONAL | ) | Case No. 09-00641 |
| REPRESENTATIVE OF THE ESTATE | ) | (Chapter 13) |
| OF GREGORY BURROUGHS, | ) | Not for Publication in |
| | ) | West's Bankruptcy Reporter |
| Debtor. | ) | |

MEMORANDUM DECISION AND ORDER OF DISMISSAL

Lisa Seegers has filed a bankruptcy case in her capacity as personal representative of the Estate of Gregory Burroughs.  It is, however, "well-settled that a probate estate may not commence a bankruptcy case on behalf of a decedent under either Chapter 7 or Chapter 13 because . . . an estate is not included in the definition of person under § 109(b) for chapter 7 purposes or in the definition of 'individual' under § 109(e), which is included in the definition of 'person' under § 101(41), for Chapter 13 purposes.  *In re Perkins*, 381 B.R. 530, 533 n.4 (Bankr. S.D. Ill. 2007).  *See also In re Estate of Roberts*, 2005 WL 3108224 *1 (Bankr. D. Md. Aug. 15, 2005) ("A decedent's estate, even when represented by a[n] individual fiduciary, is not a person that may be a debtor under the Bankruptcy Code.").  It thus appearing

that the purported debtor is not eligible to be a debtor under

Chapter 13 of the Bankruptcy Code, it is

    ORDERED that the above-captioned case is DISMISSED.


                                                 [Signed and dated above.]


Copies to: Debtor; Debtor's attorney; Chapter 13 Trustee; All entities on the BNC mailing list.

2

D:\TRNS\Laura\ORDERS\Dismissal Orders\Deceased Debtors\order_dismissal_case filed by personal representative of estate_Reegers as PR for Burroughs.wpd