The document below is hereby signed.

Signed: July 30, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                              )
                                   )
LISA SEEGERS PERSONAL              )   Case No. 09-00641
REPRESENTATIVE OF THE ESTATE       )   (Chapter 13)
OF GREGORY BURROUGHS,              )   Not for Publication in
                                   )   West's Bankruptcy Reporter
              Debtor.              )
```

MEMORANDUM DECISION AND ORDER OF DISMISSAL

Lisa Seegers has filed a bankruptcy case in her capacity as personal representative of the Estate of Gregory Burroughs.  It is, however, "well-settled that a probate estate may not commence a bankruptcy case on behalf of a decedent under either Chapter 7 or Chapter 13 because . . . an estate is not included in the definition of person under § 109(b) for chapter 7 purposes or in the definition of 'individual' under § 109(e), which is included in the definition of 'person' under § 101(41), for Chapter 13 purposes.  *In re Perkins*, 381 B.R. 530, 533 n.4 (Bankr. S.D. Ill. 2007).  *See also In re Estate of Roberts*, 2005 WL 3108224 *1 (Bankr. D. Md. Aug. 15, 2005) ("A decedent's estate, even when represented by a[n] individual fiduciary, is not a person that may be a debtor under the Bankruptcy Code.").  It thus appearing

that the purported debtor is not eligible to be a debtor under Chapter 13 of the Bankruptcy Code, it is

ORDERED that the above-captioned case is DISMISSED.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 13 Trustee; All entities on the BNC mailing list.

O:\TKEL\Laura\ORDERS\Dismissal Orders\Deceased Debtors\Order_Dismissal_case filed by personal representative of estate_Meegers as PR for Burroughs.wpd

2